■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEBASTIAN JAMES ANDERSON GREENE, Appellant.—Judgment unanimously affirmed. Memorandum: We conclude from our review of the record that the prosecutor's opening statement complied with CPL 260.30 (3) *(see, People v Adams,* 139 AD2d 794, 795; *People v Parker,* 97 AD2d 620, 621). Further, though there were defects in the prosecutor's opening statement, they did not so prejudice defendant as to require a new trial *(see,*

*People v De Tore,* 34 NY2d 199, 207-208, *cert denied sub nom. Wedra v New York,* 419 US 1025; *People v Campos,* 138 AD2d 500).

We have reviewed defendant's remaining contentions and find them to be without merit. (Appeal from judgment of Oneida County Court, Darrigrand, J.—manslaughter, second degree; petit larceny.) Present—Doerr, J. P., Boomer, Pine, Lawton and Davis, JJ.